UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **EUGENE AKEEM BOWIE**<br>    aka Eugene Jackson | **CIVIL ACTION NO. 07-2224** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **STEVE PYLANT, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, to the extent adopted by the Court, and in this Court's separate Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's civil rights claims be **DISMISSED WITH PREJUDICE IN PART.** Plaintiff's fanciful claims in his introductory allegations and his claims based on an alleged deprivation of liberty are frivolous and fail to state a claim on which relief may be granted. Thus, these claims are DISMISSED WITH PREJUDICE, in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**IT IS FURTHER ORDERED** that plaintiff's civil rights claims based on his conditions of confinement remain pending. This matter is **REMANDED** to the Magistrate Judge for further proceedings on this claim.

MONROE, LOUISIANA, this 25th day of February, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE