RECEIVED
IN MONROE, LA

JUL 7 - 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **EUGENE AKEEM BOWIE**<br>    **aka Eugene Jackson** | **CIVIL ACTION NO. 07-2224** |
| **VS.** | **SECTION P** |
| **STEVE PLYLAND, ET AL.** | **JUDGE JAMES** |
| | **MAGISTRATE JUDGE HAYES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein, determining that the findings are correct under the applicable law, and

noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance

with the provisions of FRCP Rule 41(b) and LR 41.3.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this __7__ day

of _____July_____, 2008.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**